UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

In re:                                ) Case No. 14-70096
                                      )
TED EUGENE PERKINS,                   ) Chapter 7
                                      )
              Debtors.                )
                                      )
                                      )
VANDERBILT MORTGAGE AND               )
FINANCE, INC.,                        )
                                      )
              Movant.                 )

<u>MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

Comes Now Vanderbilt Mortgage and Finance, Inc. ("Vanderbilt"), secured

creditor herein, and for its Motion For Relief From Automatic Stay pursuant to

Bankruptcy rules 4001 and 9014 states and alleges as follows:

1.  Vanderbilt holds a claim against Debtor secured by certain real property

commonly known and numbered as 1241 Hoover Street, Carlinville, Illinois 62626

(the "Realty") including a 2006 Clayton Homes Mobile/Manufactured Home, 28 x 72,

VIN #CHO002678KYAB, including a furnace, range, refrigerator, washer, dryer,

dishwasher, air conditioner, microwave, water heater, and all fixtures therein

(collectively, the "Property").

2.  The Manufactured Home Promissory Note, Security Agreement and

Disclosure Statement executed by Debtor is marked as Exhibit A.

3.  The Certificate of Title and Mortgage which evidence perfection of

Vanderbilt's security interest are marked collectively as Exhibit B.

4.  Debtor is in default of his obligations under the Agreement, as the account is contractually delinquent, and Debtor has filed his Statement of Intentions to surrender the Property to Movant.

5.  The current principal and interest amount due and owing to Vanderbilt is approximately $113,394.03.

6.  The approximate value of the Property is $64,013.60.

7.  Cause exists for granting relief from the automatic stay in that Debtor has failed to make payments to Vanderbilt and Debtor desires to surrender the Property to Vanderbilt.

8.  There is no equity in the Property and such Property is not necessary for an effective reorganization.

WHEREFORE, Vanderbilt Mortgage and Finance, Inc. prays this Court enter its Order granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d), authorizing Vanderbilt to exercise its rights under the Contract and Security Agreement and applicable nonbankruptcy laws, immediately without any delay or stay under Rule 4001(a)(3) or otherwise, and for such other orders as the Court deems just and proper.

*/S/David G. Wasinger*
David G. Wasinger, IlBar #06200269
James S. Cole, Member of District Bar
THE WASINGER LAW GROUP, P.C.
Magna Place, Suite 875
1401 South Brentwood Boulevard
St. Louis, Missouri 63144
(314) 961-0400
(314) 961-2726 FAX
Attorney for Vanderbilt Mortgage and Finance, Inc.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served electronically upon the U.S. Trustee, according to the Court's electronic notice procedures, and that a further copy was mailed by U.S. Mail, postage prepaid, this 11th day of March, 2014, to:

Byron J. Sims, Attorney for Debtor
130 East Main, Suite A
Carlinville, Illinois 62626

Mariann Pogge, Trustee
3300 Hedley Road
Springfield, Illinois 62711

Ted Eugene Perkins
1241 Hoover Street
Carlinville, Illinois 62626


*/S/David G. Wasinger*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 14-70096 |
| | ) | |
| TED EUGENE PERKINS, | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| VANDERBILT MORTGAGE AND | ) | |
| FINANCE, INC., | ) | |
| | ) | |
| Movant, | ) | |

<u>SUMMARY OF EXHIBITS</u>

The following exhibit(s) pertain to the Motion for Relief From Automatic Stay filed by Vanderbilt Mortgage and Finance, Inc. on March 11, 2014, have been sent by first-class mail to the Trustee and are available to any other party upon request.

1.  Manufactured Home Promissory Note, Security Agreement and Disclosure Statement; and

2.  Certificate Title on a 2006 Clayton Homes Mobile/Manufactured Home and Mortgage showing lien perfection of Vanderbilt Mortgage and Finance, Inc..

*/S/David G. Wasinger*
David G. Wasinger, IlBar #06200269
James S. Cole, Member of District Bar
THE WASINGER LAW GROUP, P.C.
Magna Place, Suite 875
1401 South Brentwood Boulevard
St. Louis, Missouri 63144
(314) 961-0400
(314) 961-2726 FAX
Attorney for Vanderbilt Mortgage and Finance, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically upon the U.S. Trustee, according to the Court's electronic notice procedures, and that a further copy was mailed by U.S. Mail, postage prepaid, this 11th day of March, 2014, to:

Byron J. Sims, Attorney for Debtor
130 East Main, Suite A
Carlinville, Illinois 62626

Mariann Pogge, Trustee
3300 Hedley Road
Springfield, Illinois 62711

Ted Eugene Perkins
1241 Hoover Street
Carlinville, Illinois 62626

/S/David G. Wasinger

L:\Vanderbilt.FIL\Perkins.919\bankruptcy\los.wpd\srl\32315-919